Janine P. Reynard
1655 W. Fairview, Ste. 209B
Boise, ID 83702
Telephone: (208) 383-4113
Facsimile: (208) 345-6144
jreynard@7trustee.net

Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In Re: ) | |
| ) | |
| RAMOS, GABRIEL LEE ) | Case No. 11-03627 JDP |
| RAMOS, CARISSA STAR ) | |
| ) | Chapter 7 |
| ) | |
| Debtor(s) ) | |

TRUSTEE'S CASE REPORT / STATUS REPORT

Date Case Filed: 12/13/11

MATTERS REQUIRING FURTHER ADMINISTRATION:
This case is pending final claims review, preparation of Trustee's Final Report, distribution of funds, and Trustee's Supplemental Report.

DESCRIPTION OF PENDING ACTIONS AND DATES OF PROJECTED HEARINGS:
Trustee anticipates submitting Trustee's Final Report to the US Trustee for review no later than 04/15/13.

PROJECTED DATE FOR FILING OF FINAL ACCOUNTING:
The Final Accounting is projected to be filed by May 31, 2013. Final approval and disbursements are anticipated for no later than June 30, 2013. Trustee currently holds $3,000.00 in her trust account for the estate. Trustee is unable to estimate distributions to unsecured creditors at this time, pending review of claims and resolution of objections thereto. Based on funds held in trust account at this time, there will be an anticipated 10% payout to the unsecured creditors.

DATED: March 29, 2013

/s/ Janine P. Reynard
Janine P. Reynard
Trustee